UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     Jennifer P. Masters <br><br><br>              Debtor | Chapter 13 <br><br> Bankruptcy No. 22-11858-AMC |

<u>TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307</u>

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.     Your Movant is Scott F. Waterman, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.     The within case was commenced by the filing of a Chapter 13 petition on 07/15/2022.

3.     This Motion to Dismiss has been filed for the following reason(s):

- The Debtor(s) has/have failed to commence or continue making timely payments to the Trustee as required by 11 U.S.C. Section 1326.

    WHEREFORE, Scott F. Waterman, Esq., Standing Chapter 13 Trustee, requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 11/08/2023                                  Respectfully submitted,

                                                            */s/ Ann Swartz, Esq.*
                                                            Ann Swartz, Esq.
                                                            for
                                                            Scott F. Waterman, Esq.
                                                            Standing Chapter 13 Trustee
                                                           2901 St. Lawrence Avenue, Suite 100
                                                           Reading, PA  19606
                                                           Telephone: (610) 779-1313