# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Jennifer P. Masters,

        Debtor.

Case No. 22-11858-amc

Chapter 13

## Debtor's Motion to Modify Chapter 13 Plan

**AND NOW**, Debtor Jennifer P. Masters, by and through her attorney, moves this Court for approval of a modified chapter 13 plan. In support of this motion, the Debtor states as follows:

1. The Debtor hereby requests that the Third Amended Chapter 13 Plan filed as ECF No. 70 be approved by the court and adopted as the confirmed chapter 13 plan.

2. The proposed plan adjusts the payment schedule to resolve a recent motion to dismiss filed by the trustee.

**NOW, THEREFORE**, the Debtor asks this Court to approve the modified plan and to grant such other relief in her favor as may be necessary and proper under the law.

Date: January 9, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com