# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Jennifer P. Masters,

        Debtor.

Case No. 22-11858-amc

Chapter 13

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Motion to Modify Chapter 13 Plan along with the notice, proposed order, and proposed plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Scott F. Waterman (CM/ECF)

City of Philadelphia (CM/ECF)

U.S. Bank Trust National Association (CM/ECF)

Cavalry SPV I, LLC
PO Box 4252
Greenwich, CT 06831

I.R.S.
P.O. Box 7346
Philadelphia, PA 19101-7346

Quantum3 Group LLC as agent for
MOMA Trust LLC
PO Box 788
Kirkland, WA 98083-0788

ECMC
PO BOX 16408
St Paul, MN 55116

Leila Settles
Joseph P. Nastasi, Esquire
5050 Fairway Rd, Unit 1-North
Drexel Hill, PA 19026


Date: January 9, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com