United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                        Case No. 22-11858-amc
Jennifer P. Masters                            Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                        User: admin                                                Page 1 of 3
Date Rcvd: Mar 14, 2024                            Form ID: pdf900                                        Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer P. Masters, 2551 S. Wanamaker Street, Philadelphia, PA 19143-6012 |
| 14707313 | + | Cibik Law, PC, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14748199 | + | Leila Settles, Joseph P. Nastasi, Esquire, 5050 Fairway Rd, Unit 1-North, Drexel Hill, PA 19026-4503 |
| 14707319 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14707321 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14706084 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14707324 | + | TIAA Bank, Attn: Bankruptcy, 301 West Bay Street, Jacksonville, FL 32202-5147 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 15 2024 00:13:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 15 2024 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Mar 15 2024 00:13:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | ^ | MEBN | Mar 15 2024 00:10:15 | U.S. Bank Trust National Association, not in its i, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahasssee, FL 32312-3858 |
| 14707310 | + | Email/Text: bncnotifications@pheaa.org | Mar 15 2024 00:13:00 | AES/PHEAA, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14707311 | + | Email/Text: bncnotifications@pheaa.org | Mar 15 2024 00:13:00 | American Education Services, Attn: Bankruptcy, PO Box 2461, Harrisbiurg, PA 17105-2461 |
| 14707312 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 15 2024 00:12:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14707314 | | Email/Text: megan.harper@phila.gov | Mar 15 2024 00:13:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14725052 | | Email/Text: megan.harper@phila.gov | Mar 15 2024 00:13:00 | City of Philadelphia, Law Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadephia PA 19102 |
| 14709745 | + | Email/Text: bankruptcy@cavps.com | Mar 15 2024 00:13:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14707315 | + | Email/Text: bankruptcy@philapark.org | Mar 15 2024 00:13:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14720456 | + | Email/Text: ECMCBKNotices@ecmc.org | Mar 15 2024 00:13:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |

Case 22-11858-amc    Doc 80    Filed 03/16/24    Entered 03/17/24 00:31:49    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 14, 2024 | Form ID: pdf900 | Total Noticed: 31 |

| Recipient # | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14707316 | | Email/Text: bankruptcycourts@equifax.com | Mar 15 2024 00:13:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14707317 | ^ | MEBN | Mar 15 2024 00:09:41 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14707318 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 15 2024 00:13:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14707320 | + | Email/Text: bankruptcy@philapark.org | Mar 15 2024 00:13:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14719091 | | Email/Text: bnc-quantum@quantum3group.com | Mar 15 2024 00:13:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14707322 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 15 2024 00:12:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 14707323 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 15 2024 00:16:42 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14707325 | | Email/Text: DASPUBREC@transunion.com | Mar 15 2024 00:12:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14731122 | + | Email/Text: megan.harper@phila.gov | Mar 15 2024 00:13:00 | The City of Philadelphia, and/or Water Revenue Bureau, c/o Pamela Elchert Thurmond, Esq., 1401 JFK Boulevard, 5th Floor, Philadelphia PA 19102-1606 |
| 14713921 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 15 2024 00:12:00 | U.S. Bank Trust National Association, PO Box 10826, Greenville, SC 29603-0826 |
| 14717557 | ^ | MEBN | Mar 15 2024 00:10:16 | U.S. Bank Trust National Association, not in its i, c/o Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 14707326 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 15 2024 00:28:32 | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A, 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 16, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2024 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 14, 2024 | Form ID: pdf900 | Total Noticed: 31 |

**Name**     **Email Address**

JOSHUA I. GOLDMAN

    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as OwnerTrustee for Citigroup Mortgage Loan Trust2021-RP3 Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

MICHAEL A. CIBIK

    on behalf of Debtor Jennifer P. Masters help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD

    on behalf of Debtor Jennifer P. Masters help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

PAMELA ELCHERT THURMOND

    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

SCOTT F. WATERMAN [Chapter 13]

    ECFMail@ReadingCh13.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Jennifer P. Masters<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 22-11858-AMC |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: March 14, 2024**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE