| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 22-11858-AMC**

Jennifer P. Masters  
2551 S. Wanamaker Street  
Philadelphia  PA   19143

Petition Filed Date: 07/15/2022  
341 Hearing Date: 09/23/2022  
Confirmation Date: 03/22/2023

Case Status: Dismissed After Confirmation on 3/14/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2023 | $650.00 | | 08/31/2023 | $650.00 | | 10/02/2023 | $650.00 | |
| 10/30/2023 | $650.00 | | 12/01/2023 | $650.00 | | 12/28/2023 | $650.00 | |
| 01/29/2024 | $650.00 | | 02/20/2024 | $650.00 | | 03/18/2024 | $650.00 | |

**Total Receipts for the Period: $5,850.00   Amount Refunded to Debtor Since Filing: $2,431.62   Total Receipts Since Filing: $12,350.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CIBIK LAW, PC | Attorney Fees | $4,634.00 | $4,634.00 | $0.00 |
| 2 | CAVALRY SPV INVESTMENTS LLC »» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | CAVALRY SPV INVESTMENTS LLC »» 003 | Unsecured Creditors | $1,896.84 | $0.00 | $1,896.84 |
| 4 | NEWREZ LLC  D/B/A »» 004 | Mortgage Arrears | $779.35 | $779.35 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS) »» 005 | Priority Crediors | $3,234.57 | $3,234.57 | $0.00 |
| 6 | QUANTUM3 GROUP LLC »» 006 | Unsecured Creditors | $1,897.70 | $0.00 | $1,897.70 |
| 7 | QUANTUM3 GROUP LLC »» 007 | Unsecured Creditors | $1,598.15 | $0.00 | $1,598.15 |
| 8 | EDUCATIONAL CREDIT MGMT CORP »» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | CITY OF PHILADELPHIA (LD) »» 009 | Secured Creditors | $26.54 | $26.54 | $0.00 |
| 10 | LEILA SETTLES »» 010 | Unsecured Creditors | $40,000.00 | $197.42 | $39,802.58 |
| 11 | AMERICAN EDUCATION SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | BANK OF AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | BSI FINANCIAL SERVICES INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | CHASE BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | CREST FINANCIAL SERVICES LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | DISCOVER BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-11858-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 20 | DITECH | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | DEUTSCHE BANK NATIONAL TRUST COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | WELLS FARGO BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | Jennifer P. Masters | Debtor Refunds | $2,431.62 | $2,431.62 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,350.00 | Current Monthly Payment: | $1,059.00 |
| Paid to Claims: | $11,303.50 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,046.50 | Total Plan Base: | $60,027.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.