9. 9. 2024

To Whom IT MAY Concern

I Jennifer Masters is filing this motion
for my Unclaim Funds to be released to me
my bankrupcy No. is 22-11858-AMC.
Thank for your prompt attention.

Jennifer Masters.
215-300-6410.





# SCOTT F. WATERMAN
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, Pennsylvania 19606

Scott F. Waterman, Esq.
Rolando Ramos, Esq.
Ann E. Swartz, Esq.

(610) 779-1313
Fax (610) 779-3637

Mail all Payments to
P.O. Box 680
Memphis, TN 38101-0680

08/08/2024

Clerk, U.S. Bankruptcy Court
Attn: Fiscal Department
Robert N.C. Nix Building
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

RE: Jennifer P. Masters
Bankruptcy No. 22-11858-AMC
UNCLAIMED FUNDS/CONSENT TO RELEASE

Ladies/Gentlemen:

We have issued a Trustee check number17252555 in the amount of $650.00, payable to
the CLERK, US BANKRUPTCY COURT, representing the funds remaining in the Trustee's
account.

The above captioned case was recently closed and this check represents the
UNCLAIMED amount which was returned to the DEBTOR(S). This check was never cashed.

This letter will serve as the TRUSTEE'S CONSENT to the payment of these funds to the
Debtor(s) named above, should the Debtor(s) seek release of the funds.

Thank you for your attention to this matter.

Very truly yours,

COPY

Scott F. Waterman
Standing Chapter 13 Trustee

SFW/mms

cc:          Jennifer P. Masters
cc via email: CIBIK LAW, PC