*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Jennifer P. Masters
    Debtor(s)

Case No: 22−11858−amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Pro−se Letter/Motion for Return of Unclaimed Funds in the Amount of: $650.00 Filed by Jennifer P. Masters and Pro−se Letter/Motion for Return of Unclaimed Funds in the Amount of: $1781.62 Filed by Jennifer P. Masters Please call 1−646−828−7666 and enter meeting ID 160 6807 8081 to attend.

on: 12/11/24

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date: 11/21/24

Timothy B. McGrath
Clerk of Court