**IN THE UNITED STATES BANKRUPTCY**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RE:   Jennifer P. Masters,    :    Bk. No.: 22-11858- AMC
:
:

**ORDER**

AND NOW, this _____ day of _____ December _____ 2024,

Upon review of Debtor's Motion for Return of Property and any response thereto, it is hereby ORDERED and DECREED that said Motion is Granted. The Clerk of Court is hereby Ordered to return Debtors' funds, $650.00 to Jennifer P. Masters at 2551 S. Wanamaker Street, Philadelphia PA 19143 upon receipt of this order.

**Date: December 19, 2024**

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge